# APPENDIX.

## MEMORANDUM DECISIONS.

### FRANK ERATH V. W. M. GLENN.
#### No. 15,947.

Error from Greeley district court; CHARLES E. LOB-DELL, judge. Opinion filed April 10, 1909. Affirmed.

*D. R. Beckstrom*, for the plaintiff in error.
*George A. Kline*, for the defendant in error.

*Per Curiam:* The point of contention here is, Was there evidence to sustain the finding of the trial court that the defendant had notice of the commencement and pendency of the original action? It appears from the record that there was at least sufficient evidence to uphold the finding. The judgment is affirmed.

### THE STATE OF KANSAS, *ex rel. Fred S. Jackson, as Attorney-general,* v. THE CITY OF HUTCHINSON.
#### No. 16,188.

80   795
Case 2
e80   94

Original proceeding in *quo warranto*. Opinion filed April 10, 1909. Judgment for the plaintiff.

*Fred S. Jackson*, attorney-general, and *Carr W. Taylor*, assistant attorney-general for Reno county, for The State.

*A. C. Malloy*, *F. F. Prigg*, and *C. M. Williams*, for the defendant.

*Per Curiam:* The commissioner's findings of fact and conclusions of law are approved, and judgment of ouster is rendered accordingly. The costs incident to the proceedings of the commissioner are divided between the defendant and J. P. Harsha, defendant in the case of *The State v. Harsha, ante,* p. 93. Other costs follow the judgment.